## Commonwealth *v.* Lilly, Appellant.

Submitted June 10, 1968. *Luther Lilly*, appellant, in propria persona; *Roger F. Cox* and *James D. Crawford*, Assistant District Attorneys, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* McNevin, Appellant.

Submitted June 10, 1968. *Daniel McNevin*, appellant, in propria persona; *Michael J. Rotko* and *Alan J. Davis*, Assistant District Attorneys, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.